SHIRLEY *v.* SHIRLEY.

BECK, J. 1. When considered in connection with the charge as a whole, certain excerpts therefrom, upon which error was assigned, did not furnish sufficient cause for the grant of a new trial.

2. The verdict in favor of the defendant was authorized by the evidence, and the discretion of the judge in refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 25, 1910.

Action for damages. Before Judge Kimsey. Rabun superior court. December 21, 1908.

*T. L. Bynum* and *W. S. Paris,* for plaintiff.

*Robert McMillan* and *H. H. Dean,* for defendant.